UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANSELMO SOTO,

                Plaintiff,

   v.                                            9:00-cv-0197
HANS WALKER,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**<u>ORDER</u>**

Plaintiff seeks a certificate of appealability in connection with this Court's September 15, 2005 Order denying Plaintiff's motion for reconsideration. Having failed to meet the standards for a certificate of appealability, the request is DENIED.

IT IS SO ORDERED.

Dated:   June 7, 2007

                                                  Thomas J. McAvoy
                                                  Senior, U.S. District Judge